IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VALENTINO B LEE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D17-3292

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed December 4, 2017.

An appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Valentino B Lee, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Bryan Jordan, Senior Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

LEWIS, MAKAR, and OSTERHAUS, JJ., CONCUR.